UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| MARY H. GRAHAM | ) | |
| | ) | |
| V. | ) | NO. 2:06-CV-180 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |

## REPORT AND RECOMMENDATION

Plaintiff's counsel has filed a Motion [Doc. 24] for approval of attorney fees under 42 U. S.C. § 406(b). The Commissioner has not opposed the Motion. Counsel was previously awarded a fee of $1,500 under the Equal Access to Justice Act. That sum has been refunded to the plaintiff. $18,078.00 of the plaintiff's past due benefits has been withheld by th Social Security Administration for counsel's fee. Counsel only requests a fee of $12,500.00. It is respectfully recommended that counsel's Motion be GRANTED, and that he be allowed a fee of $12,500.00.[1]

                                                  Respectfully Submitted:

                                                         s/ Dennis H. Inman
                                                         United States Magistrate Judge

---

[1] Any objections to this report and recommendation must be filed within ten (l0) days of its service or further appeal will be waived. Thomas v. Arn, 474 U.S. 140 (1985); United States v. Walters, 638 F.2d 947-950 (6th Cir. 198l); 28 U.S.C. § 636(b)(1)(B) and (C).