UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| MARY H. GRAHAM | ) | |
| | ) | |
| v. | ) | NO.2:06-CV-180 |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security | ) | |

## **O R D E R**

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 25], and the Supplemental Report and Recommendation of the United States Magistrate Judge, [Doc. 30], it is hereby **ORDERED** that the Report and Recommendation and Supplemental Report and Recommendation are **ADOPTED** and **APPROVED**, and that the plaintiff's motion for an attorney fee under 42 U.S.C. §406(b) in the amount of $12,500.00 is **GRANTED**. [Doc. 24]. Accordingly, a total sum of $12,500.00 is awarded to plaintiff's counsel, Harry J. Smith, Esq.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE